UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CR-031 JD |
| | ) | |
| JESUS ROJAS | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on April 27, 2012 [DE 25]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Jesus Rojas' plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 42 U.S.C. § 408(a)(7)(B), as noted in the amended plea agreement (which was amended on the day of the plea hearing before the magistrate judge to reflect the correct statute of conviction).

SO ORDERED.

ENTERED:  July 19, 2012

　　　　　　　　　　　　　　　　　　　　/s/ JON E. DEGUILIO
　　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　　　United States District Court